JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RENEE REBAR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEROYAL INDUSTRIES, INC.,<br><br>　　　　　　Defendant. | CASE NO.  2:11-cv-02995 JAK (JCGx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

1  Pursuant to the Stipulation for Dismissal submitted by the parties, IT IS
2  HEREBY ORDERED that the above-entitled matter is hereby dismissed in its
3  entirety without prejudice.
4
5  DATED: February 8, 2012        _____
                                   Honorable John A. Kronstadt
6                                  Judge of the United States District Court
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28